IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORPORATION<br>*f/k/a* ASSOCIATES COMMERCIAL CORPORATION<br><br>PLAINTIFF<br><br>v.<br><br>RANDALL G. SMITH, *et al.*<br><br>DEFENDANTS | *<br>*<br>*   CASE NO. _____<br>*<br>*     MJG 02 CV 3614<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO COMMENCE
### DISCOVERY PRIOR TO ISSUANCE OF A SCHEDULING ORDER

Having read and considered the *Motion of CitiCapital Commercial Corporation to Commence Discovery Prior to Issuance of a Scheduling Order*, the relief requested appearing appropriate under the circumstances, and for good cause shown, it is hereby,

ORDERED that Discovery shall commence immediately.

DATED: 11/7/02

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

cc:
Jeremy S. Friedberg, Esquire
Andrew L. Cole, Esquire
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208-1302

(continued on following page)

2

Randall G. Smith
53 Allison Way
Elkton, MD 21921

Daniel J. Tiffin
155 West Branch Circle
North East, MD 21901