FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB -5  PM 2:20

AT BALTIMORE

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORPORATION *f/k/a* ASSOCIATES COMMERCIAL CORPORATION 8001 RIDGEPOINT DRIVE IRVING, TEXAS 75063-3117 <br><br> PLAINTIFF <br><br> V. <br><br> RANDALL G. SMITH, *et al.* <br><br> DEFENDANTS | * <br> * <br> * <br> * <br> *CASE NO. MJG-02-CV-3614 <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ENTERING JUDGMENT BY DEFAULT

It appearing from the records in the above entitled action that an entry of default for want of answer or other defense was made as to Defendant Randall G. Smith for failure of said defendants to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendants were properly served on December 26, 2002; it is hereby:

**ORDERED AND ADJUDGED**, that judgment by default be and the same is entered in favor of CitiCapital Commercial Corporation *f/k/a* Associates Commercial Corporation against Defendant Randall G. Smith, for the sum of One Hundred Twenty-Two Thousand Two Hundred Seventeen Dollars and Fifty-Five Cents ($122,217.55), plus interest at the legal rate from the date hereof until all amounts due hereunder have been paid in full.

DATE: 2/5/03

_____
UNITED STATES DISTRICT JUDGE

(copies continue on following page)