FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 MAR -3  P 7: 08
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

CITICAPITAL COMMERCIAL CORPORATION          *
f/k/a ASSOCIATES COMMERCIAL CORPORATION
                                            *
            PLAINTIFF
                                            *   CASE NO. MJG 02CV3614
V.
                                            *
RANDALL G. SMITH, et al.
                                            *
            DEFENDANTS.

*     *     *     *     *     *     *     *     *     *     *     *     *

### ORDER ENTERING JUDGMENT BY CONSENT AGAINST DEFENDANT DANIEL J. TIFFIN

ORDERED, ADJUDGED and DECREED, that Judgment by Consent is hereby entered against defendant, Daniel J. Tiffin and in favor of CitiCapital Commercial Corporation in the amount of One Hundred Nineteen Thousand Sixty-Three Dollars and Thirteen Cents ($119,063.13) plus costs.

Date: March 3, 2003

_____
UNITED STATES DISTRICT JUDGE

cc:

Jeremy S. Friedberg
Leitess, Leitess & Friedberg
25 Hooks Lane, Suite 302
Baltimore, MD 21208

MICROFILMED
MAR - 4 2003

(copies continue on following page)